UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARLO KENNEDY, on *behalf of herself and all others similarly situated*<br><br>Plaintiffs,<br><br>v.<br><br>FIRSTSOURCE ADVANTAGE, LLC<br><br>Defendant. | Civil Action No. 2:18-CV-09395-ES-JAD |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Marlo Kennedy, hereby provides notice that the above-captioned action is voluntarily dismissed with prejudice as to Plaintiff and without prejudice as to the unnamed class members, and without attorneys' fees and costs.

Dated: Floral Park, New York
October 18, 2018

Law Offices of Gus Michael Farinella PC

/s/ Ryan Gentile
Ryan Gentile, Esq.
110 Jericho Turnpike, Suite 100
Floral Park, New York 11001
Telephone: (201) 873-7675
Facsimile: (516) 305-5566
E-mail: rlg@lawgmf.com
*Attorneys for Plaintiff, Marlo Kennedy*

Dated: 10/22/18

SO ORDERED. The Clerk of Court shall CLOSE this matter.

Esther Salas, U.S.D.J.